# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

SHALONDA JOINER                                                              PLAINTIFF

v.                                    NO. 2:16CV00136 JLH

KAGOME FOODS, INC.                                                          DEFENDANT

## ORDER

Without objection, plaintiff's motion to dismiss with prejudice is GRANTED. Document #14. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 13th day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE